[No. 44052-7-I.   Division One.   April 28, 2003.]

*In the Matter of the Marriage of* JERI E. WILLIAMS, *Respondent*, and BRADY G. WILLIAMS, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 97-3-04086-1, Philip G. Hubbard, Jr., J., entered December 30, 1998 and January 26, 1999. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox, A.C.J., and Coleman, J.

[No. 45141-3-I.   Division One.   April 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. HUBBA DEWAYNE TEAL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00473-2, Linda C. Krese, J., entered August 20, 1999. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Agid and Appelwick, JJ.

[No. 48613-6-I.   Division One.   April 28, 2003.]

THE DEPARTMENT OF LICENSING, *Appellant*, v. YADWINDER SINGH RANDHAWA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-31721-2, Anthony P. Wartnik, J., entered April 6, 2001. *Reversed* by unpublished opinion per Becker, C.J., concurred in by Coleman and Schindler, JJ.

[No. 49711-1-I.   Division One.   April 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLIE DIONES WHIPPLE, *Defendant*, DARIO DEALVA-RUBALACAVA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04178-5, Charles W. Mertel, J., entered December 3, 2001. *Dismissed* by unpublished per curiam opinion.